**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS LEE JACKSON**                                                    **PLAINTIFF**

**v.**                                 **Case No. 4:25-cv-00248-KGB**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1,** *et al.*                                          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Travis Lee Jackson's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge